# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAWNA KNEESEL, M.D.; AND
WELLHEALTH MEDICAL GROUP, P.C.,
D/B/A WOMEN'S SPECIALTY CARE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
VALARIE GIBSON,
Real Party in Interest.

No. 71851

FILED

JAN 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss a medical malpractice action.

Having considered the petition and supporting documents, we are not persuaded that our discretionary and extraordinary intervention is warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (noting that this court typically declines to entertain writ petitions challenging interlocutory orders denying motions to dismiss); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioners

17-01343

bear the burden to demonstrate that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Kenneth C. Cory, District Judge
        Mandelbaum, Ellerton & Associates
        Law Offices of Janet S. Markley
        Eighth District Court Clerk